

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**John M. Magliery**
212.603.6444 tel
212.379.5212 fax

johnmagliery@dwt.com

May 4, 2018

**By ECF and First Class Mail**

The Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

Re:  *Sullivan Jr. v. Dow Jones & Co.*, Case No. 18-cv-00863-WHP

Dear Judge Pauley:

This firm is counsel to defendant Dow Jones & Company, Inc. in the above-referenced action. We write, on behalf of both parties jointly, to inform the Court that the parties have reached a contemplated settlement in principle.

The parties respectfully request a stay of proceedings, for the Court to cancel all dates *sine die*, and to afford the parties a brief opportunity to memorialize their settlement in writing before final dismissal of this action.

We are grateful for the Court's attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

John M. Magliery

cc:  C.K. Lee, Esq.

4836-2142-2181v.1 0005302-000080

Anchorage   New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles San Francisco   Washington, D.C.

www.dwt.com