UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLIP SULLIVAN JR., on behalf of himself and all others similarly situated,

      Plaintiff,

- against -

Dow Jones & Company, Inc.,

      Defendant.

Case No. 18-cv-00863-WHP

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that Plaintiff Phillip Sullivan Jr. hereby voluntarily dismisses, with prejudice, his complaint against Defendant Dow Jones & Company, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear responsibility for their respective fees and costs.

LEE LITIGATION GROUP, PLLC

By: _____
C.K. Lee, Esq.
30 East 39th Street, Second Floor
New York, New York 10016
Tel: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

By: _____
John M. Magliery, Esq.
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 603-6444
Fax: (212) 379-5212
johnmagliery@dwt.com

*Attorneys for Defendant*

SO ORDERED:

_____  6/14/18
WILLIAM H. PAULEY III
U.S.D.J.

4847-0071-4846v.1 0103493-000011